# ITKOWITZ & HARWOOD

Simon W. Reiff
Senior Associate
P: (646) 822-1803
F: (212) 822-1402
sreiff@itkowitz.com

305 BROADWAY
7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1400
www.itkowitz.com

New York, New York
Albany, New York
Great Neck, New York
Newark, New Jersey

August 1, 2011

**BY ECF**

Hon. Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green
United States Bankruptcy Court, Southern District of New York
New York, New York 10004

    Re:    NY Court Services LLC v. Andre Sobolevsky (In re Sobolevsky)
             Bankruptcy Case No.: 10-14415 (REG)
             Adversary Case No.: 11-01272 (REG)
             <u>Our File No.   36077</u>

**TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:**

        Pursuant to a conversation between the undersigned and your Courtroom Deputy, Ms. Helene Blum, the deadline for the parties to submit the proposed joint pretrial order in the above matter has been adjourned to August 15, 2011. The date for the final pretrial conference remains scheduled for August 18, 2011, at 9:45 a.m.

                                              Respectfully submitted,

                                              Simon W. Reiff

cc: Andre Sobolevsky (by email and first-class mail)
36077/00063694